JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Guy Gililov, | ) | Case No. 2:24-cv-05504-RGK-Ex |
| Plaintiff(s), | ) | |
| vs. | ) | **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |
| Merrick Garland, et al., | ) | |
| Defendant(s). | ) | |

On September 25, 2024, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [11] ("OSC"), which ordered plaintiff to file timely proof of service of the **Summons and Complaint** on all defendants. On September 27, 2024, plaintiff filed a response [12] to the OSC. The response provided a proof of service of a "Statement of Consent to Proceed Before a United States Magistrate Judge". The Court finds no good cause for the delay in service and orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: September 27, 2024

_Gary Klausner_
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE